

320 So.2d 737

**Johnny Daniel BEECHER**

v.

**STATE of Alabama.**

**8 Div. 426.**

Court of Criminal Appeals of Alabama.

July 10, 1975.

After remand by Supreme Court: Reversed and remanded on authority of Ex Parte Beecher, 1975, 294 Ala. 674, 320 So. 2d 727.

No brief for the State.

DeCARLO, Judge.

Pursuant to the decision of the Alabama Supreme Court in *Armstrong v. State*, 1975, 294 Ala. 100, 312 So.2d 620, we remand the cause to the Circuit Court of Marion County with directions to carry out the probation revocation of appellant in the manner laid down in *Armstrong*, supra.

Remanded with directions.

All the Judges concur.

Affirmed without opinion after return to remand, 56 Ala.App. 727, 322 So.2d 741.

322 So.2d 741

**Danny Ray BOZEMAN**

v.

**STATE.**

**6 Div. 832.**

Court of Criminal Appeals of Alabama.

April 1, 1975.

Bill Fite, Hamilton, for appellant.

322 So.2d 741

**Danny Ray BOZEMAN**

v.

**STATE.**

**6 Div. 832.**

Court of Criminal Appeals of Alabama.

Oct. 1, 1975.

After return to remand, Ala.Cr.App., 56 Ala.App. 727, 322 So.2d 741, affirmed without opinion.

727